IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION |
| | ) NO. 18 C 8388 |
| METAL DESIGN, LLC, an Illinois limited liability company, | ) JUDGE SARA L. ELLIS |
| Defendant. | ) |

## **AGREED MEMORANDUM OF JUDGMENT**

This matter coming on to be heard upon Plaintiffs' Complaint and Defendant METAL DESIGN, LLC's Answer, the Court, first being fully advised in the premises, FINDS:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. That Plaintiffs recover from the Defendant, METAL DESIGN, LLC, $262,613.94 being the total amount remaining due for contributions, liquidated damages, and audit fees based on the payroll compliance audit conducted for the period of June 1, 2017 through July 31, 2019.

B. That Plaintiffs recover from the Defendant, METAL DESIGN, LLC, the additional sum of $5,503.75 for costs and attorneys' fees incurred by the Plaintiffs.

C. That Plaintiffs recover from the Defendant, METAL DESIGN, LLC, individually, the total sum of $268,117.69, plus post-judgment interest.

D. That Plaintiffs are awarded their costs and attorneys' fees to execute on, or otherwise collect this judgment.

ENTER:

_____
UNITED STATES JUDGE

DATED: 9/5/19

WE HEREBY AGREE TO THE ENTRY OF THIS ORDER.

| /s/ Catherine M. Chapman | /s/ Burr E. Anderson |
|---|---|
| Attorney for the Plaintiffs | Attorney for Defendant |
| Baum Sigman Auerbach & Neuman, Ltd. | Anderson Law Offices, PC |
| 200 West Adams Street, Suite 2200 | 400 Lake Cook Drive, Suite 221-A |
| Chicago, IL 60606-5231 | Deerfield, IL 60015-4930 |
| Telephone: (312) 216-2565 | Telephone: (312) 957-1100 |
| E-Mail: cchapman@baumsigman.com | E-Mail: burranderson@sbcglobal.net |

I:\265J\Metal Design, LLC\#28371\265J and Metal Design.agreed memo of judgment.08-19-19.cmc.j.wpd